■

196 So.2d 534

**Jennie SPEZIALE and Marie A. Speziale**

v.

**Norbert W. KOHNKE et al.**

No. 48621.

March 29, 1967.

In re: Manhattan Fire and Marine Insurance Company and Lumbermens Mutual Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 194 So. 2d 485.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

■

196 So.2d 534

**Jennie SPEZIALE and Marie A. Speziale**

v.

**Norbert W. KOHNKE et al.**

No. 48622.

March 29, 1967.

In re: Jennie Speziale and Marie A. Speziale applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 194 So.2d 485.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

■

196 So.2d 534

**NATIONAL ACCEPTANCE COMPANY OF AMERICA**

v.

**Demma S. WALLACE et al.**

No. 48624.

March 29, 1967.

In re: National Acceptance Company of America applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 194 So.2d 194.

Writ refused. We find no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted for the reasons assigned in No. 48,620, National Acceptance Corp. of America v. Wallace, 250 La. 467, 196 So.2d 533.

■

196 So.2d 534

**Doris F. WILSON et al.**

v.

**Joseph P. ADAMS et al.**

No. 48625.

March 29, 1967.

In re: Joseph P. Adams applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 194 So.2d 343.

The application is denied. There appears no error of law in the judgment complained of.